**GRANTED**
Judge Edward J. Davila
June 21, 2017

CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Teresa Allen, SBN 264865
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

Walter E. Shjeflo, SBN 078135
Sean P. Riley, SBN 161227
Sean.Riley@fox-shjeflo.com
Joanne J. Lue, Esq. CSB #309118
jlue@fox-shjeflo.com
FOX, SHJEFLO, HARTLEY & BABU LLP
2000 Alameda De Las Pulgas, Suite 250
San Mateo, California 94403-1271
Telephone: (650)-341-2900
Facsimile: (650)-341-2258
Attorney for Defendant
Sunnyvale Imports, a California Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

SUNNYVALE IMPORTS, a California Corporation; and Does 1-10,

    Defendants,

Case: 5:16-CV-07025-EJD

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**

1

Joint Stipulation for Dismissal    Case: 5:16-CV-07025-EJD

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 21, 2017         CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: June 21, 2017         FOX, SHJEFLO, HARTLEY & BABU LLP

By: ___/s/ Sean P. Riley_____
    Walter E. Shjeflo
    Sean P. Riley
    Joanne J. Lue
    Attorney for Defendant
    Sunnyvale Imports, a California
    Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Sean P. Riley, counsel for Sunnyvale Imports, a California Corporation, and that I have obtained Mr. Riley's authorization to affix his electronic signature to this document.

Dated: June 21, 2017            CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
      Phyl Grace
      Attorneys for Plaintiff